UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOHN MICHAEL ISLEY,<br><br>      Plaintiff,<br><br> v.<br><br>DAVID OSTER, *et al.*,<br><br>      Defendants. | Case No. C09-1800-RAJ<br><br>ORDER GRANTING DEFENDANTS'<br>MOTION FOR SUMMARY JUDGMENT |

The Court, having reviewed plaintiff's complaint, defendants' motion for summary judgment, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation.

(2) Defendants' motion for summary judgment (Dkt. No. 15) is GRANTED.

(3) Plaintiff's complaint (Dkt. No. 5) and this action are DISMISSED with prejudice.

//

//

//

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE - 1

(4) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Tsuchida.

DATED this <u>16th</u> day February, 2011.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT
PAGE - 2